IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO CABALLERO, | § | CASE NO. 4:21-CV-00140 |
| | § | |
| JUDGMENT CREDITOR & GARNISHOR, | § § | JUDGE ANDREW S. HANEN |
| VS. | § | |
| | § | |
| FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA; and THE NORTE DEL VALLE CARTEL, | § § § § § § § | |
| JUDGMENT DEBTORS, | § | |
| VS. | § | |
| VITOL, INC., | § § | |
| GARNISHEE. | § § | |

## **PLAINTIFF ANTONIO CABALLERO'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Antonio Caballero appeals to the United States Court of Appeals for the Fifth Circuit from the *Final Judgment* granting Third-Party Respondent Rosneft Trading S.A.'s Motion for Judgment on the Pleadings [D.E. 101] entered in this action on March 13, 2023, which is appealable as a final order pursuant to Section 28 U.S.C. § 1291.

Dated: March 23, 2023

                        Respectfully submitted,

                        Respectfully Submitted,

                        */s/ Hank Fasthoff*
                        Hank Fasthoff
                        FASTHOFF LAW FIRM PLLC
                        Texas Bar No. 24003510
                        Federal Bar No. 22959
                        21 Waterway Ave., Suite 300
                        The Woodlands, Texas 77380
                         713.929.9314
                        hank@fasthofflawfirm.com

                        */s/Joseph I. Zumpano*
                        Joseph Zumpano
                        Florida Bar Number: 0056091
                        jzumpano@zplaw.com
                        (Admitted Pro Hac Vice)
                        Leon Patricios
                        Florida Bar Number: 0012777
                        lpatricios@zplaw.com
                        (Admitted Pro Hac Vice)
                        ZUMPANO PATRICIOS, P.A.
                        312 Minorca Avenue
                        Coral Gables, FL 33134
                        Telephone: (305) 444-5565

                        **Attorneys for Judgment Creditor**
                        ***Antonio Caballero***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2023, the foregoing was filed via CM/ECF, which provided a copy to all counsel of record.

                                           */s/ Hank Fasthoff*
                                           Hank Fasthoff